181

PER CURIAM.

(No. 75-CC-31—

UNION OIL COMPANY OF CALIFORNIA, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed November 12, 1974.*

UNION OIL COMPANY OF CALIFORNIA, Claimant, pro
se.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-40—

GENERAL ELECTRIC SUPPLY COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed November 12, 1974.*

GENERAL ELECTRIC COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.